IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KENNETH GEORGE WALKER,                                CV. 04-1889-KI

        Petitioner,                                ORDER

   v.

GUY HALL,

        Respondent.

KING, Judge

    Petitioner's motion to voluntarily dismiss (#31) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this __5th__ day of April, 2006.

                                        /s/ Garr M. King
                                        Garr M. King
                                        United States District Judge

1 -- ORDER